UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.                                                    Case Number 2:22-cr-201(2)
                                                    Judge Edmund A. Sargus, Jr.

WILLIAM STANSBERRY, JR.,
    Defendant.

# Sentencing
## Tuesday, March 5, 2024
## before Judge Edmund A. Sargus, Jr.

For Plaintiff: Peter Glenn-Applegate
For Defendant: Mark Collins
Court Reporter: Crystal Hatchett
Courtroom Deputy: Christin Werner

William Stansberry, Jr. sworn in and provided testimony regarding sequence of events.

The defendant is sentenced as follows:

Six months imprisonment.
Three years supervised release.
$100 special assessment.